**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BEVERLY GROSS AND KRISTA BIEHL, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BLUECHIP FINANCIAL d/b/a SPOTLOAN, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-01520-KAD<br><br>August 12, 2020<br><br>**STIPULATION TO DISMISS** |

Plaintiffs Beverly Gross and Krista Biehl ("Plaintiffs"), together with Defendant BlueChip Financial d/b/a Spotloan ("BlueChip") (collectively, the "Parties"), by and through their counsel, hereby stipulate to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties shall bear their own respective fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 12th day of August, 2020.

/s/John G. Albanese
E. Michelle Drake (*pro hac vice*)
John G. Albanese (*pro hac vice*)
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, Minnesota 55414
T. (612) 594-5999
F. (612) 584-4470
emdrake@bm.net
jalbanese@bm.net

Daniel S. Blinn, Bar No. ct02188
CONSUMER LAW GROUP, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
T. 860.571.0408
F. 860.571.7457
dblinn@consumerlawgroup.com

Beth E. Terrell*
Jennifer Rust Murray*
Elizabeth A. Adams*
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
T. (206) 816-6603
F. (206) 319-5450
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com
eadams@terrellmarshall.com

Matthew Wessler*
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
T. (202) 888-1741
F. (202) 888-7792
matt@guptawessler.com

Kristi C. Kelly*
Andrew J. Guzzo*
Casey S. Nash*
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
T. (703) 424-7572
F. (703) 591-0167
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
casey@kellyguzzo.com

Leonard A. Bennett*
Elizabeth W. Hanes*
Craig C. Marchiando*
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
T. (757) 930-3660
F. (757) 930-3662
lenbennett@clalegal.com
elizabeth@clalegal.com
craig@clalegal.com

*pro hac vice forthcoming*

*Attorneys For Plaintiffs*

- 3 -

/s/ Scott M. Pearson
Stephen G. Walko, Esq. (CT26744)
Andrea C. Sisca, Esq. (CT29281)
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9462
Email: swalko@ibolaw.com

Scott M. Pearson, Esq. (*pro hac vice*)
Kay Fitz-Patrick, Esq. (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4283
Facsimile: (310) 312-4224
Email: spearson@manatt.com
Email: kfitz-patrick@manatt.com

*Attorneys for Defendant BlueChip Financial d/b/a Spotloan*